UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Terrance Mann, | File No. 21-cv-245 (ECT/BRT) |
| Petitioner, | |
| v. | **ORDER** |
| State of Minnesota, | |
| Respondent. | |

---

Magistrate Judge Becky R. Thorson issued a Report and Recommendation on February 2, 2021. ECF No. 3. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 3] is **ACCEPTED**.

2. Petitioner's motion to extend the time in which to file a petition for a writ of habeas corpus [ECF No. 1] is **DENIED**.

3. This action is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 5, 2021              s/ Eric C. Tostrud
                                  Eric C. Tostrud
                                  United States District Court